In the Matter of the Estate of KATHARYN O. CORNELL, Deceased.

HERMAN D. CORNELL, Appellant; WILLIAM T. ALFORD, as Administrator of the Estate of KATHARYN O. CORNELL, Deceased, et al., Respondents.

(Submitted September 30, 1935; decided October 8, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 267 N. Y. 456.)

---

In the Matter of the Accounting of JOHN W. REMER, as Committee of JENS T. ERLANDSEN, an Incompetent Person, Respondent.

UNITED STATES VETERANS ADMINISTRATION, Appellant.

(Submitted September 30, 1935; decided October 8, 1935.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 265 N. Y. 155.)

---

CHARLES A. O'TOOLE, Respondent, v. CRANE & CLARK, INC., Appellant.

(Argued September 30, 1935; decided October 8, 1935.)